UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:12CV-P169-R

ANTOINE ROACH     PLAINTIFF

v.

STEVE HILAND *et al.*     DEFENDANTS

## MEMORANDUM AND ORDER

This matter is before the Court on two pending motions by Plaintiff Antoine Roach. Plaintiff filed a "Petition for Name Change" on a Commonwealth of Kentucky form (DN 16). The Court cannot discern any connection this request may have to the claims alleged in this 42 U.S.C. § 1983 action. In any event, this Court does not have jurisdiction to grant Plaintiff a name change. Therefore, **IT IS ORDERED** that the petition for name change (DN 16) is **DENIED**.

Plaintiff also filed a motion for extension of time to "complete my opposition to the defendants['] answer" (DN 18). Federal Rule of Civil Procedure 7(a)(7) allows a reply to an answer to be filed only if the Court orders one. The Court did not order Plaintiff to file a reply to Defendants' answer in this case. Therefore, **IT IS ORDERED** that the motion for extension of time (DN 18) is **DENIED**.

Date:

cc:     Plaintiff, *pro se*
        Counsel of record
4413.010