UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:12CV-P169-R

ANTOINE ROACH                                                                    PLAINTIFF

v.

STEVE HILAND *et al.*                                                  DEFENDANTS

## MEMORANDUM AND ORDER

Plaintiff Antoine Roach sent a letter to the Court, which the Court will construe as a motion for status and **GRANT** the motion (DN 20). Plaintiff states that he needs to know what is going on with his case. He states that the last document he received was Defendants' answer and that the Court "hasn't told me to respond to it." He asks, "So what am I waiting on now?"

By previous Order, the Court advised Plaintiff that he is not permitted to file a response to the answer. *See* Fed. R. Civ. P. 7(a)(7). The case proceeds according to the Court's Scheduling Order (DN 10). It is Plaintiff's responsibility to litigate his claims. The Clerk of Court previously sent Plaintiff a *Pro Se* Prisoner Handbook, which Plaintiff may use as a resource.

According to the Scheduling Order, all pretrial deadlines have expired. If any party wishes to file a dispositive motion, he or she must do so within **30 days** from the entry date of this Memorandum and Order. Responses to any dispositive motions must be filed within **21 days** of service. Any reply memoranda are due within **14 days** of a response.

If no dispositive motions are filed in the allotted time, the Court will set this matter for trial. If any party wishes to request to extend the time for complying with any pretrial deadline, he or she must file a motion for extension of time. As directed in the Scheduling Order, "Any

such motion to extend any time should indicate the reasons for extension. The Court will not grant an extension unless good cause is shown."

The Clerk of Court is **DIRECTED** to send Plaintiff a docket sheet, another copy of the Scheduling Order, and a motion form for Plaintiff's use if he so chooses.

Date:


cc: Plaintiff, *pro se*
 Counsel of record
4413.010